# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>THRESA LLOYD | **ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**<br><br>CASE NUMBER:   2:12-mj-0790-PAL<br><br>CHARGING DISTRICTS<br>CASE NUMBER:   12CR 656 |

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the

___Southern___ District of ___Texas, Houston Division___ ; and that the Clerk of Court shall transfer bail

deposited into the Registry of this Court, to the Clerk of the      ___(Not Applicable)___
                                                                    *Place and Address*

, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required.  The defendant shall next appear at (if blank, to be notified)

___U.S. District Court, 515 Rusk, Houston TX___ on ___11/29/2012 @ 2:00pm___ .
                                                    *Date and Time*


                                                    _____
                                                    *Signature of Judge*


___11/16/2012___                                    PEGGY A. LEEN, United States Magistrate Judge
*Date*                                              *Name and Title of Judge*